**STATE of Missouri, Respondent,**

v.

**Timothy S. KLEIN, Appellant.**

**No. WD 43170.**

Missouri Court of Appeals, Western District.

March 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Application to Transfer Denied June 11, 1991.

Kenneth M. Dake, Sedalia, for appellant.

William W. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from conviction for involuntary manslaughter, § 565.024, RSMo 1986, and sentence to four years imprisonment.

Judgment affirmed. Rule 30.25(b).